# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIYAH MALEK, an individual, and MOHMED MALEK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 3:24-cv-08475-SK<br><br>*Magistrate Judge: Hon. Sallie Kim*<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation, the Court HEREBY DISMISSES this action, including all claims and counterclaims, with prejudice.

**IT IS SO ORDERED.**

DATE: April 7, 2026            By:_____

United States Magistrate Judge Sallie Kim

1

ORDER OF DISMISSAL